JOHN TATUM
ATTORNEY AT LAW

AP-77,030
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/19/2015 5:20:21 PM
Accepted 2/20/2015 8:05:51 AM
ABEL ACOSTA
CLERK

990 S. Sherman
Richardson, Texas 75081
(972) 705-9200

February 19, 2015

FILED IN
COURT OF CRIMINAL APPEALS

February 20, 2015

ABEL ACOSTA, CLERK

Abel Acosta, Clerk of the Court
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

Re:     Court of Criminal Appeals No. AP-77,030
        Trial Court Cause No. F12-23749-W
        *Matthew Lee Johnson v. The State of Texas*

Dear Mr.Acosta:

        Defense Counsel is in receipt of the Court's letter dated February 13, 2015. The undersigned counsel will present oral argument on behalf of Appellant in the above mentioned case on March 18, 2015. Appellant's counsel will present argument on issues Nos. 8-19 which concern four jurors that the trial court excused sua sponte without letting the defense voir dire the prospective jurors which resulted in the final makeup of the jury which denied Appellant his right to due process.

Sincerely,

/s/ John Tatum

John Tatum
State Bar No. 19672500
900 South Sherman Street
Richardson, Texas 75081
(972) 705-9200
johntatumlaw@gmail.com

JT:mt